IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Linda Trimnal, | ) | C/A No: 3:10-cv-00334-RJC-DSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | NOTICE OF DISMISSAL |
| Ortho Pros Express, Inc., Atlantic Coast | ) | |
| Orthopaedic Medical Supplies, Inc., | ) | |
| Atlantic Coast Resources, Inc., and | ) | |
| Stuart Ross, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. P., the Plaintiff Linda Trimnal, as the only party appearing in this action to date, hereby dismisses this action with prejudice.

August 31, 2010

                s/Tracy T. Vann
                Tracy T. Vann (NC Bar No.: 34897)
                HAMILTON MARTENS & BALLOU, LLC
                Post Office Box 10940
                Rock Hill, South Carolina 29731
                Phone: 803/329-7672
                Fax: 803/329-7678
                ATTORNEYS FOR PLAINTIFF